ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2021 APR -7  AM 8:43

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:21-CR-42-Y<br>**(Supersedes by adding new defendant, Leila Gomez)** |
| LEILA GOMEZ (02) | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Using an Unauthorized Access Device
(Violation of 18 U.S.C. §1029(a)(2))

In or about December 2020, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant, **Leila Gomez**, knowingly and with intent to defraud, used debit cards containing unemployment insurance benefits that belonged to other individuals and by such conduct, from on or about February 1, 2020, and ending on or about January 11, 2021, obtained approximately $8,678.56 in goods, said use affecting interstate and foreign commerce, in that the debit cards traveled across state lines, improperly used federal funds, and were used at businesses that were headquartered in other states.

In violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(a)(i).

Information - Page 1

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

/s/ P.J. Meitl
───────────────────────
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Tel:      214-659-8680
Fax:     214-659-8812
Email: philip.meitl@usdoj.gov

Information - Page 2